IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-146 |
| BRIAN DIPIPPA<br>KRYSTAL DIPIPPA | [UNDER SEAL] |

ORDER

AND NOW, to wit, this 28th day of June, 2023, upon consideration of the Motion to Seal Indictment and Arrest Warrants, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment, together with the Motion to Seal and this Order, are hereby SEALED until further Order of Court and no person shall disclose the return of the Indictment except when necessary for the issuance and execution of the Arrest Warrants.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Shaun E. Sweeney, AUSA