CRIMINAL CASE INFORMATION SHEET   *2:23 - cr-146-1*

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances
        (3 or more Defendants)
2. _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses
        (3 or more Defendants)
3. __X__ Crimes of Violence
4. _____ Sex Offenses
5. _____ Firearms and Explosives
6. _____ Immigration
7. _____ All Others

Defendant's name:            BRIAN DIPIPPA

Is indictment waived:        _____ Yes      __X__ No

Pretrial Diversion:          _____ Yes      __X__ No

Juvenile proceeding:         _____ Yes      __X__ No

Defendant is:                __X__ Male     _____ Female

Superseding indictment or information   _____ Yes      __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited
occurred:            ALLEGHENY

Previous proceedings before
Magistrate Judge:

Case No.:

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began:                                    _____   _____

Defendant:                          ____ is in custody      X   is not in custody

Name of Institution:                              _____

Custody is on:                      ____ this charge        ____ another charge

                                                    ____ another conviction

                                    ____ State              ____ Federal

Detainer filed:                     ____ yes                ____ no

Date detainer filed:                              _____   _____

Total defendants:                    2

Total counts:                        3

Data below applies to defendant No.:   1

Defendant's name:                   Brian DiPippa_____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|-------|-----------|---------|--------|-------------|
| 1 | 18 U.S.C. § 371 | Conspiracy | X | |
| 2 | 18 U.S.C. §§ 2 and 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder | X | |
| 3 | 18 U.S.C. § 844(h)(1) | Use of Explosive to Commit Federal Felony | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE:    June 28, 2023_____        s/Shaun E. Sweeney_____
                                            SHAUN E. SWEENEY
                                            Assistant U.S. Attorney
                                            PA ID No. 53568