FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:23-cr-146-2 |
| v. | |
| KRYSTAL DIPIPPA | [UNDER SEAL] |

ARRAIGNMENT PLEA

Defendant KRYSTAL DIPIPPA

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)