<u>CRIMINAL CASE INFORMATION SHEET</u>     2:23-cr-146-2

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. _X_ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:                KRYSTAL DIPIPPA

Is indictment waived:            ____ Yes      _X_ No

Pretrial Diversion:              ____ Yes      _X_ No

Juvenile proceeding:             ____ Yes      _X_ No

Defendant is:                    ____ Male     _X_ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    ALLEGHENY

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | ___ is in custody    X is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ___ this charge    ___ another charge |
| | ___ another conviction |
| | ___ State    ___ Federal |
| Detainer filed: | ___ yes    ___ no |
| Date detainer filed: | _____ |
| Total defendants: | 2 |
| Total counts: | 3 |
| Data below applies to defendant No.: | 2 |
| Defendant's name: | Krystal DiPippa |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | X | |
| 2 | 18 U.S.C. §§ 2 and 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: June 28, 2023         *s/Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568