IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 28 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-146 <br> [UNDER SEAL] |
| BRIAN DIPIPPA <br> KRYSTAL DIPIPPA | |

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 18, United States Code, Sections 2, 231(a)(3), 371 and 844(h)(1).

Recommended bond: Detention as to defendant BRIAN DIPIPPA.
$10,000.00 Unsecured Bond as to defendant KRYSTAL DIPIPPA.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By: *s/Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568