IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN DIPIPPA<br>KRYSTAL DIPIPPA | Criminal No. 2:23-cr-146<br>[UNDER SEAL] |

ORDER

AND NOW, to wit, this 28th day of June, 2023, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Shaun E. Sweeney, AUSA