IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-146 |
| BRIAN DIPIPPA<br>KRYSTAL DIPIPPA | |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On June 28, 2023, an indictment was returned by the grand jury charging the above-named defendants with violating Title 18, United States Code, Sections 2, 231(a)(3), 371 and 844(h)(1). Arrest Warrants were issued pursuant to said indictment.

2. On June 28, 2023, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. The defendants are aware of the Indictment and are making arrangements with their counsel and government counsel to turn themselves in pursuant to the arrest warrants on the morning of June 30, 2023.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the indictment.

                                                                                      Respectfully submitted,

                                                                                      ERIC G. OLSHAN
                                                                                      United States Attorney

By:    *s/Shaun E. Sweeney*
          SHAUN E. SWEENEY
          Assistant U.S. Attorney
          PA ID No. 53568