IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-146 |
| BRIAN DIPIPPA<br>KRYSTAL DIPIPPA | |

O R D E R

AND NOW, to wit, this 30th day of June, 2023, upon consideration of the Motion to Unseal indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney