# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
**Brian Dipippa**

MAGISTRATE JUDGE'S DOCKET NO. _____
DATE OF COMPLAINT _____
CRIMINAL DOCKET NO. 23-cr-146
DATE OF INDICTMENT 6/28/2023
ORIGINATING DISTRICT (if applicable) _____

DATE ARRESTED: 6/30/2023

## INITIAL APPEARANCE

| Presiding Magistrate Judge | | |
|---|---|---|
| [ ] LENIHAN | [ ] EDDY | |
| [✓] DODGE | [ ] LANZILLO | |
| [ ] KELLY | [ ] PESTO | |

Date: 6/30/2023
Time: 2:22 pm – 2:26 pm
CD # _____
Court Reporter: mmc

U.S. ATTORNEY: Shaun Sweeny
INTERPRETER: n/a

**1. RIGHTS EXPLAINED**
[ ] Defendant orally consents to proceeding by video conference

**2. COMPLAINT/INDICTMENT/INFORMATION:**
[ ] Read   [✓] Summarized   [ ] Reading waived
[ ] Defendant provided with a copy of the charges
[✓] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
[ ] Read   [✓] Summarized   [ ] Reading waived

**4. COUNSEL**
[ ] Defendant requested appointment   [ ] Defendant waived appointment
[ ] Defendant represented by: _____
[✓] Defendant expects to retain: Joseph Otte
[ ] Affidavit executed.
[ ] Not Qualified   [ ] Qualified   [ ] With possible requirement for partial or full payment
[ ] Federal Public Defender appointed
[ ] CJA Panel Attorney _____ appointed

**5. BAIL**
Recommended Bond: Detention
Bond Set at: _____
[ ] By Consent   [ ] Additional Conditions Imposed: _____
[ ] By Magistrate Judge
[ ] Bond Posted
[✓] Temporary Commitment issued   [ ] Final Commitment issued
Bond Review Hearing Set For: _____
Detention Hearing Set For: 7/3 at 2:30 pm

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
~~Preliminary Exam/Rule 40/~~Arraignment set for: 7/3 at 2:30 pm before Magistrate Judge Eddy

WDPA Rev 06/22