AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>__Brian Dipippa___<br>*Defendant* | )<br>)  Case No. 2:23-cr-146<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No.: 10A Judge Eddy |
|---|---|
| | Date and Time: July 3rd, 2023 at 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 6/30/23

_____
*Judge's signature*

Patricia L Dodge, United States Magistrate Judge
*Printed name and title*