IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 2:23−cr−00146−NR
                                          Judge J. Nicholas Ranjan

BRIAN DIPIPPA, et al.

                Defendant.

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Joseph Otte.

Government: Shaun Sweeney.

Date of Arraignment: 7/3/2023.

Defendant entered a plea of Not Guilty.

The parties were advised that all pretrial motions must be filed within fourteen (14) days.

A Rule 16 Conference: has not been held.

Discovery is completed.

Defendant has requested to be tried by: Jury.

Estimated trial length: 4 days

                                                            s/ Cynthia Reed Eddy

                                                    United States Magistrate Judge