FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRIAN DIPIPPA

Criminal No. 2:23-cr-146-1
[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant BRIAN DIPIPPA

being arraigned, pleads __NOT GUILTY__

in open Court this __3RD__ day of

__JULY__, 20 __23__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)