# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) |
| vs. | ) No. 2:23-cr-146-NR-1<br>) |
| BRIAN DIPIPPA<br>Defendant | )<br>)<br>) |

### HEARING ON DETENTION

Before Magistrate Judge Cynthia Reed Eddy

| Shaun Sweeney | Joseph Otte |
|---|---|
| Appear for Plaintiff | Appear for Defendant |

Hearing begun  7/3/2023 at 2:00 p.m.          Hearing adjourned _____

Hearing concluded  7/3/2023 at 2:55 p.m.     Court Reporter     Veronica Trettel


Government witness:  Patrick McConachie, Special Agent with FBI.

Government exhibits 1, 2 and 3 admitted.

Government exhibit smoke bomb video (exhibit 15) admitted.

Government exhibit smoke bomb 2 and barriers video (exhibit 16) admitted.

Government exhibit surveillance video (exhibit 17) admitted.

Government exhibits 4 and 5 admitted.

Government exhibit surveillance video 2 (exhibit 18) admitted.

Government exhibits 6, 7, 8, 9, 10, 11, 12, and 14 admitted.

Government exhibit 13, 21, 22, 23, 24, and 25 admitted.

Defense cross-examination of Government witness.

Defense proffer of brief in opposition of detention, filed at ECF 29.

Defense proffer of letters of support of Defendant.

Government argument as to continued detention.

Defense argument as to a release plan.

The Court finds that no reasonable conditions may be imposed to ensure the safety of the community and orders the defendant detained pending trial.