# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff ) | |
| ) | |
| vs. ) | No. 2:23-cr-146-NR-1 |
| ) | |
| BRIAN DIPIPPA ) | |
| Defendant ) | |

## HEARING ON DETENTION

Before <u>Magistrate Judge Cynthia Reed Eddy</u>

<u>      Shaun Sweeney      </u>      <u>      Joseph Otte      </u>
Appear for Plaintiff             Appear for Defendant

Hearing begun  <u>7/3/2023 at 2:00 p.m.</u>   Hearing adjourned  <u>           </u>

Hearing concluded  <u>7/3/2023 at 2:55 p.m.</u>   Court Reporter  <u>Veronica Trettel</u>

<u>Government witness:  Patrick McConachie, Special Agent with FBI.</u>

<u>Government exhibits 1, 2 and 3 admitted.</u>

<u>Government exhibit smoke bomb video (exhibit 15) admitted.</u>

<u>Government exhibit smoke bomb 2 and barriers video (exhibit 16) admitted.</u>

<u>Government exhibit surveillance video (exhibit 17) admitted.</u>

<u>Government exhibits 4 and 5 admitted.</u>

<u>Government exhibit surveillance video 2 (exhibit 18) admitted.</u>

<u>Government exhibits 6, 7, 8, 9, 10, 11, 12, and 14 admitted.</u>

<u>Government exhibit 13, 21, 22, 23, 24, and 25 admitted.</u>

<u>Defense cross-examination of Government witness.</u>

Defense proffer of brief in opposition of detention, filed at ECF 29.

Defense proffer of letters of support of Defendant.

Government argument as to continued detention.

Defense argument as to a release plan.

The Court finds that no reasonable conditions may be imposed to ensure the safety of the community and orders the defendant detained pending trial.