IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) 2:23-CR-146 |
| v. | ) |
| | ) |
| BRIAN DIPIPPA; and KRYSTAL DIPIPPA, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| **Hearing Type:** | Initial Case Status Conference |
| **Date:** | 7/19/2023 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | Shaun Sweeney |
| Counsel for Defendant | Joseph Otte for Brian DiPippa<br>Michael Ovens for Krystal DiPippa |
| Court Reporter | B. Loch |
| Law Clerk | JB |
| Start Time | 9:33 a.m. |
| End Time | 9:50 a.m. |

**SUMMARY OF PROCEEDINGS:**

Initial Case Status Conference held to discuss the current status of the case.

Oral Motion for Extension of Time to File Pretrial Motions by Defendants. Motion granted. Pretrial motions due by 9/16/2023. Corresponding order to follow.

An In-Person Status Conference is set for 9/8/2023 at 10:00 a.m. in Courtroom 6C. Corresponding order to follow.