AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:23-cr-00146 |
| BRIAN DIPIPPA ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant BRIAN DIPIPPA

Date:   07/28/2023

/s/ Michael J. DeRiso
*Attorney's signature*

Michael J. DeRiso, Pa.Supreme Ct. Id. 076555
*Printed name and bar number*

429 Fourth Avenue
Law & Finance Building Suite 2100
Pittsburgh, Pennsylvania 15219

*Address*

mderiso@ddslawfirm.com
*E-mail address*

(412) 765-1100
*Telephone number*

(412) 281-1821
*FAX number*