# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | |
| v. | 2:23-cr-146 |
| BRIAN DiPIPPA | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Joseph S. Otte, files this Motion for Leave to Withdraw as Counsel in support thereof represents the following:

1. Mr. DiPippa has retained Michael DeRiso, Esq. to represent him in these proceedings.

2. Consistent with Mr. DiPippa's wishes, undersigned counsel is moving to withdraw from this case.

For the foregoing reasons, undersigned counsel requests that the motion be granted and his appearance be withdrawn.

Respectfully submitted,
/s/Joseph S. Otte
Joseph S. Otte
PA ID No. 318862
Suite 1002
429 Fourth Avenue
Pittsburgh, PA 15219
(412)529-0583