# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA

                v.                         2:23-cr-146

BRIAN DiPIPPA

## **ORDER OF COURT**

       AND NOW, this _____ day of _____, 2023, upon consideration of Motion

for Leave to Withdraw as Counsel, the motion is GRANTED and Joseph S. Otte is terminated as

counsel of record.

                               _____

                               J. NICHOLAS RANJAN, JUDGE
                               UNITED STATES DISTRICT COURT