IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

CONSENT MOTION TO CONTINUE STATUS CONFERENCE

AND NOW, comes the Defendant Brian Dipippa, by and through his attorney, Michel J. Deriso and the DeRiso Law Group who file on his behalf the following Consent Motion To Continue Status Conference and in support thereof state:

1. An Indictment was returned by the Grand Jury charging the Defendant with Conspiracy, an alleged violation of 18 U.S.C. 371; Obstruction of Law Enforcement During Civil Disorder, an alleged violation of 18 U.S.C. 2 and 231(a)(3); and Use of Explosive to Commit Federal Felony, an alleged violation of 18 U.S.C. 844(h)(1).

2. Defendant has entered a plea of not guilty.

3. Defendant is detained and currently held in the Butler County Jail.

4. The Court rescheduled a status conference from September 8, 2023 to August 31, 2023 at 10:30 a.m.[1]  Pre-trial motions are due on or before August 17, 2023.[2]

---

[1] Doc. 46
[2] Doc. 32

5. Defendant respectfully requests that the Court continue the in person status conference scheduled for August 31st, for at least 30 days in that there are no matters on behalf of any of the parties that currently need address.

6. Counsel has conferred with counsel for Defendant's co-defendant, Mike Ovens Esquire and he consents to and does not oppose continuing the status conference currently scheduled for August 31, 2023.

7. Counsel has also conferred with AUSA Shaun Sweeney and he consents to and does not oppose the grant of a continuance for at least 30 days as requested.

WHEREFORE, it is respectfully requested that the Court issue an Order continuing the status conference currently scheduled for August 31, 2023 to another date and time, at least 30 days from August 31, 2023, convenient to the Court's schedule.

Respectfully submitted,
THE DERISO LAW GROUP

/s/ *Michael J. DeRiso*

_____
MICHAEL J. DeRISO, ESQUIRE
Pa. Supreme Court Id. No.: 76555
*Counsel to Defendant Brian Dipippa*

August 30, 2023

2100 Law & Finance Building
429 Fourth Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412.765.1100
Email: derisio_esq2@msn.com