IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

ORDER

AND NOW, this ___ day of August, 2023, upon consideration of the Defendant's Consent Motion To Continue Status Conference and the consent of the co-defendant and the Government being noted, IT IS HEREBY ORDERED that the in person status conference will be continued to the ___ day of _____, 2023 at __:__ a.m./p.m. in Courtroom 6C.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA