Letter from Nancy Kahn

To Whom It May Concern:

I have known Brian DiPippa for more than six years. I had the opportunity to work closely with him at KPFA and watched him interact with staff and community members on a regular basis. Brian is someone who acts with high integrity and who cares deeply about people. He is generous with his time and works tirelessly to support others. He is a leader and a team member. I have watched him feed people who are unhoused, and rush over to help a stranger without hesitation when there was an escalating conflict occurring in a restaurant where we were holding a business lunch meeting.  He has a great work ethic, a huge heart, and in my opinion makes this world a better place. He shows empathy and he volunteers his time. This is who he is and he never displayed anything but integrity and presence in the years I worked with him on a number of projects, sat in countless meetings with him, and while I was supporting his leadership role within a 70+ year old community-based broadcast media organization.

I have worked with thousands of people in my career as a practitioner of Nonviolent Communication, and as a professional mediator and DEI coach and consultant. When I meet people like Brian, I feel more hopeful about our world because he is one of the really good men out there who is self aware of his male privilege and consciously makes this a safer world for women, children and the most marginalized people to live. It is a privilege and an honor to call him a friend.

Sincerely,
*Nancy Kahn*

Nancy Kahn
ph 415-754-3065

Nancy Kahn, CDP®
DEIBJ Coach, Consultant & Strategist
The Dr. Chavez DEIBJ Employee Wellness Pilot Program (DEW)
What Employees are Due!
Families and Children Services, a Division of Caminar, Santa Clara Region
Nancy@dewforchange.com

Managing Principal
Across Differences Coaching Institute and Consultancy
Ph +1-415-425-6544
Email Nancy.r.kahn@gmail.com
Pronouns: she/her + BIPOC

Exhibit A

1

Letter from Nancy Kahn

Sent from the unceded territories of Chochenyo and Ramaytush Ohlone Peoples
Diversity*Equity*Inclusion*Belonging*Justice (DEIBJ)

23 years' experience as a seasoned, local, national, and international
DEIBJ + Nonviolent Communication Coach, Facilitator, Practitioner & Mediator

Partner
Compass Narratives
www.compassnarratives.com

Co-host & Co-producer
Talk It Out Radio, KPFA 94.1 FM
www.kpfa.org
nancy@kpfa.org

Certified Diversity Practitioner (CDP)®
www.diversitycertification.org

Inclusive Behaviors Inventory (IBI) Certification
https://www.globesmart.com/inclusive-behaviors-inventory/

Certified Red Team Thinker® (Masters Level)
www.redteamthinking.com

Red Team Coach Practitioner®
www.coaching.com

Certified Professional Coach
www.sagacycoaching.com

Certified Mediator
www.seedsrc.org