

August 4, 2023

To Whom It May Concern,

I am writing today on behalf of Brian DiPippa, with whom I have had the great pleasure of working with. Brian has been an inspiring addition to our team. During his time working with Riseup Networks, he has really gone above and beyond in accomplishing his work and enriching the environment he has been a part of here. His presence has been both invigorating and refreshing, and he brings a sense of joy to the many thankless tasks upon which we are focused. Brian has always been punctual, dependable, respectful of his coworkers and generally makes the workplace a better place.

We respectfully request that Brian be granted the opportunity to be released from pre-trial detention on bail. We look forward to his return to our team and continuation of the wonderful work he has been contributing to here at Riseup Networks.

Thank you for your consideration.

Sincerely,

*Ben Knauss*

Benjamin Knauss
Riseup Networks
Treasurer

Exhibit B

Riseup Networks, P.O. Box 3027, Lacey, WA 98509