IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 2:23-CR-146 |
| v. | ) | |
| | ) | |
| BRIAN DIPIPPA; and KRYSTAL DIPIPPA, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| **Hearing Type:** | Status Conference |
| **Date:** | 8/31/2023 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | Shaun Sweeney |
| Counsel for Defendants | Michael DeRiso for Brian DiPippa; Michael Ovens for Krystal DiPippa |
| Court Reporter | B. Loch |
| Law Clerk | JB |
| Start Time | 10:37 a.m. |
| End Time | 10:57 a.m. |

**SUMMARY OF PROCEEDINGS:**

Status conference held to discuss the current status of the case.

Discovery, the status of plea discussions, and Mr. DiPippa's pending Motion for Pretrial Release (ECF 54) discussed.

Counsel to confer as to whether the record on the motion needs to be supplemented and file a proposed order as to a briefing schedule by 9/7/2023. Corresponding Order to follow.

Oral Motion for Extension of Time to File Pretrial Motions by Defendants. Motion granted. Pretrial motions due by 1/2/2024. Corresponding Order to follow.

Parties to file a joint status report by 12/20/2023. Corresponding Order to follow.