IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

JOINT PROPOSED ORDER

AND NOW, this 7th day of September, 2023 after consultation between the parties, Michael J. DeRiso on behalf of the Defendant and Shaun Sweeney on behalf of the United States the parties stipulate that this case is not a presumption case but rather a case involving a charge of crime of violence for which the Government has requested detention based upon the Government's theory that there is clear and convincing evidence that no condition or set of conditions would reasonably assure the safety of other persons and/or the community.  Therefore, the portion of Magistrate Judge Eddy's Order of Detention challenged by the Defendant is Part III of said Order.

Accordingly, it is hereby ORDERED that the Defendant shall supplement the record and file it's Brief by September 22, 2023.  It is further ORDERED that the Government response brief shall be filed on or before October 6, 2023.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA