UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-cr-00146-NR |
| | : | |
| v. | : | |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

### SUPPLEMENT TO ECF 62

AND NOW, comes the Defendant Brian DiPippa by and through undersigned counsel, who files on his behalf this Supplement to his Brief filed at ECF 62. The Supplement, marked as Exhibit A contains submissions for the Court's consideration with respect to (i) disposition of Defendant's Firearms through a federally licensed firearms dealer, (ii) expungement of Defendant's 2006 disorderly conduct charge and, (iii) the restoration of 5513 Broad Street.

                                                Respectfully submitted,
                                                THE DERISO LAW GROUP

*/s/ Michael J. DeRiso*
_____
MICHAEL J. DeRISO, ESQUIRE
Pa. Supreme Court Id. No.: 76555
*Counsel to Defendant Brian Dipippa*

September 24, 2023

2100 Law & Finance Building
429 Fourth Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412.765.1100
Email: derisio_esq2@msn.com