Defendant B. DiPippa Supplement

Exhibit A, including

Firearms Disposition

Expungement

5513 Broad Street

DiPippa – Firearms Dispostion

To AAdvantage Firearms Co.

# A-ADVANTAGE FIREARMS CO

**815 BUTLER STREET (RT 8N) • PITTSBURGH, PA 15223**

– NFA Class III Firearms Dealer –
FFL# 8-25-05131
FAMILY OWNED SINCE 1929

(FAX)
**412-782-4198**

**412-782-2213**

**TRUCK & TRAILER SHOP**
TIRES • RIMS • REPAIRS
HYDRAULIC HOSE SHOP
WELDING & FABRICATION

Railroad Ties • Carports • Storage Trailers

**SPORT SHOP**
GUNS • AMMO • SUPPLIES
CAMPING • PROPANE
RV SERVICES • TRAILER PARTS

| DATE | PHONE | INVOICE NO. |
|---|---|---|
| 9-23-23 | | |

NAME

ADDRESS

Log # CP1, CP2, CP3, CP4 + CL-1, CL-2, +CL3 (7 PC)

CONSIGNMENT FIREARMS (7)

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| Log # 1 CP1 | TAURUS - 85 S/S 38SPL 2" 5 shot + Ammo | | |
| | + Box W/LOCK (11 ROS AMO) | | |
| Log # CP2 | GLOCK - 26 9mm 3.46" 1/GRD mag + Box | | |
| | + LOADED ASSIST (97 ROS 9mm AMO) | | |
| | HOLSTER IN PANT | | |
| Log # CP3 | TAURUS - PT145 PRO - DUAL TONE 45ACP 3" | | |
| | 2) LGRD mags Box+lock ( | | |
| CP4 | GALESI - POCKET PISTOL 22LR 2 3/4" NICKLE 1 mag | | |
| | ( | | |
| CL-1 | SAUAGE -64 22LR 16" BLK+OD GREEN S/AUTO W/flash Sup. ( +ZipBag | | |
| CL-2 | MOSSBERG - 500 12Gn W/PISTOL GRIP | | |
| CL-3 | PERSONALLY MADE FIREARM - AR15 556mm 16" 3) mags SIGHTSET, SLING, HARD CASE ( | | |

PA State Police P.I.C.S. Approval #

RECEIVED BY

X

| | | TOTAL |
|---|---|---|

**CALL (412) 781-RICK**

Thank You

DiPippa – Expungement of

2006 Disorderly Conduct at OTN G322202-6

Rangos, J.

# COUNTY OF ALLEGHENY

**LAW OFFICE OF THE PUBLIC DEFENDER**

542 FORBES AVENUE

400 COUNTY OFFICE BUILDING

PITTSBURGH, PENNSYLVANIA 15219

PHONE (412) 350-2498 ● FAX (412) 350-7740

RICH FITZGERALD

COUNTY EXECUTIVE

LAURA McWILLIAMS, ESQUIRE

DEPUTY DIRECTOR

September 6, 2023

Dear Brian DiPippa,

Enclosed is a copy of the granted expungement order signed by Judge Rangos. Please know that it may take several months from the date of the expungement order for it to be fully processed. Please retain this copy for your records.

If you have any questions or concerns, please feel free to contact our office.

Sincerely,

Seth Barkley, Esq.
Manager, Trial Division
Office of the Public Defender

FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA, COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY, CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA      DOB: 10/01/1986        Docket#: CP-02- MD-3005-23
                                  SSN: SSN1              Date of Complaint: 09/20/2006
          v.                      Sex: Male             Arresting Agency: Pittsburgh Police Dept.
BRIAN DIPIPPA                     OTN: G 322202-6       Lower Court #:

Aliases of Defendant:

Address of Defendant (as it appears on Petition): 5513 Broad St, Pittsburgh, PA 15206

Name and Court Address of the Judge who accepted the plea or heard the case:

Name of Affiant as shown on complaint or citation: Thomas Atkins

        Address of Affiant:

MDJ Name & Address:  City Court; 660 1st Ave, Pittsburgh, PA 15219

Reason for Expungement: Withdrawn

Charges: See Attached page(s) which is hereby incorporated into this Order by reference.

### EXPUNGEMENT ORDER OF COURT

AND NOW, to-wit, this _____ day of **JUN 2 7 2023**, 20__, the within petition having been
presented in open Court, and upon consideration thereof, it is hereby ORDERED, ADJUDGED, and DECREED
that the Department of Court Records shall serve a certified copy of this Order upon the following
persons, keepers of records, pertaining to the above-captioned criminal proceedings:

1. Allegheny County District Attorney          5. PA State Police Central Repository
2. Allegheny County Pretrial Services          6. Administrative Office of PA Courts
3. Magisterial District Judge: 05-0-03          7. Allegheny County Adult Probation
4. Arresting Agency: Pittsburgh Police Dept.    8. Allegheny County Jail

    It is hereby ORDERED, ADJUDGED, and DECREED that the aforementioned keepers of criminal records
shall expunge and destroy the official and unofficial arrest, expungement, and other documents
pertaining to the arrest or prosecution or both of the above-named defendant in the above-captioned
criminal proceedings (excluding intelligence information, investigative information, and treatment
information as defined in 18 Pa.C.S. 0167 9102), and that each shall request the return of such
records, which its agency made available to State or Federal agencies and immediately upon receipt
thereof shall destroy such records, with the exception of District Attorney's records concerning ARD
and PWV, which shall be used solely for the purpose of determining subsequent eligibility for ARD or
PWV, and that said keepers of such criminal records shall file with this Court an Affidavit stating
that the mandates of this Order have been fulfilled.

    It is hereby ORDERED, ADJUDGED, and DECREED that the Department of Court Records shall expunge
the indices of the official and unofficial arrest and other documents pertaining to the arrest or
prosecution, or both, of the above-named defendant in the above-captioned criminal proceeding.

                                                BY THE COURT:

BALANCE:                                        *Jill E. Rangos*                    J.

AFFIDAVIT OF EXPUNGEMENT:

    This is to certify that the official arrest and criminal records and other documents filed
pertaining to the particular arrest or prosecution or both of the above named defendant in the above-
captioned criminal proceedings, which are in the custody and control of this office, have been
expunged and destroyed.

    Date:_____          Certifying Officer:_____

FULL EXPUNGEMENT

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,        CP-02-

v.                                   MD- 3005-2023

BRIAN DIPIPPA                        PETITION FOR EXPUNGEMENT

**ORIGINAL**
Criminal Division
Dept. Of Court Records
Allegheny County, PA

FILED BY: Seth Barkley
PA ID#: 326072
Allegheny County
Office of the Public Defender
542 Forbes Avenue
Pittsburgh, PA 15219
(412)350-2498

Aliases:

Address: 5513 Broad St, Pittsburgh, PA 15206

Phone: (412)251-2673

OTN: G 322202-6

SSN#: SSN1

MDJ#: 05-0-03

FILED
2023 JUN -6 AM 12:57
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE
------------------------------------------------------------

Date Petition Filed:_____;  Date to DA:_____

Date to Judge:_____;  Date of Order:_____

APPEAL DATE:_____

CHARGES AND DISPOSITIONS MUST BE ENTERED BELOW, AND THIS LIST MUST BE ATTACHED TO THE ORDER AND THE PETITION FOR EXPUNGEMENT.

Charge: 18 5503 A                    Disposition: Move to NT

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

Charge:                              Disposition:

DiPippa

5513 Broad Street Restoration























