ated:
28/2023
50:06 AM(UTC+0)

dified:
28/2023
58:54 AM(UTC+0)

**Source:** Keep
**Labels:**
**Body:** I am a skateboarding activist turned computer nerd that loves people. I hold a deeply heartfelt appreciation for the criminal illegal Destructive Arts, so naturally I was led to anarchism.

My small town pushed me away, so I world-travel. I learn most from my partners who help fill in the gaps in my thinking.

I'm a softey, tender-hearted vegan animal lover who suffers from hyper violent tendencies towards fascists.

I burn my whiteness off with a black-bloc suit, pheonixing into ancestral warriors from all races and genders.

I listen to 90s pop-punk, hip-hop and R&B. I listen to soothe my soul and heal my PTSD. I listen to arouse my inner sexual beast.

I was sXe turned 420-lite. Hopeless romantic who married dream girl.

I am a godless heathen who is still secretly curious about all gods, all masters.

I riot regularly to remind myself that I still got it, and because this country I was born in offers no peace, not least of which is my mental state, but most of which is it's insane violence towards black, brown, indigenous, queer people and every and all combination of that. It's one of the few places I experience community.

I am a comedian who has made websites that aren't funny, mostly serious-ass political ones like igd, kolektiva, couple more, can't say shh, I werk for the movement now, y'all made me a hundredaire. Never sold out to Soros, all though this bio is supposed to be about me, but see that's how that shit happens, hence the rioting.

These things always gotta end with I like long walks on the beach, but for real the beach shit is my best friends love, ♂, mine is them city steps boii, I can take long walks on some busted-ass streets, @skreets you might say

----

in communes I surrender all myself to all. Self-fully-selfless, I suppose.

I am a comedian who can always manifest light hearted laughter and jokes. Always the prankster, those above me must be careful. Th

----
Who am I?
(What shouldn't be said, some redactions, sorry, no tldr - jfc this is too long.)

I am a skateboarding activist turned computer nerd that loves people. I hold a deeply heartfelt appreciation for the criminally illegal Destructive Arts, so naturally anarchism ftw

My small town pushed me away, so I world-travel. I learn most from my partners who have helped to fill in the gaps in my thinking.

I'm a softey, tender-hearted vegan animal lover who suffers from hyper violent tendencies towards fascists.

I came into this world as the youngest son of a working-class family. Romantic love didn't work out for the parentals too well.

**GOVERNMENT BRIEF ATTACHMENT 1**