d:
)16
:44 PM(UTC-4)
d:
)18
: AM(UTC-4)

**Title:** Notes
**Source:** Keep
**Labels:**
**Body:** Kneecaps, groin, throats and eyes - we get Happy when cops keel over and die

Culture - system of norms and customs

What are we denied how do we handle it
What Direction / belief can we go in when we depart from dominant culture

When loss is opened up, how do we fill it?

We're all infected with a yearning for a wild freedom, but we all feel a certain shame in it.

In order to retrieve the gifts buried in the deep unconscious one had to deal with the instinctual aspects of appetite; creative life, sensuality, sexuality, love of good that is almost mind possessing.

Not keep you in cage,
Innovative not martyred
Don't be afraid of spontaneity

A garden cannot bloom all the time, it has to be turned. Certain destructive things are a part of our cycle

be a developed, conscious person, aspire to have k blossom. Connect to instinctual self.

How to reconnect with the instinctual self:
What am I hungry for, not just what's in front of me.

Cant Offer a kindness
Invisibilized work anti-patriarchy
Wants me to be
Nurturing // attentive // attunement
Has the knowledge but won't spell it out
Dynamic attunement vs one way of being with people

She's doing it again, making me fight for the thing she needs / wants without the help I need /want. Only doing it in her way.

Parylzed holdout stuff

Istanbul, alright with myself, taxi man met Krystal, stole shows in mall. Had no money. Didn't want to steal from a Gypy

corporeal or quotidian reality

Dave ziron
Peoples history of sports
To be idle is to be a stranger to the seasons

As of speaking in sleep
U-n-i-t-y : we are infinity
Anarchy seeks to prove points through negative action
Send Johnny newday todo
Shark tank
**Parties:**

**GOVERNMENT BRIEF ATTACHMENT 2**