IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 2:23-CR-146-1 |
| v. | ) |
| | ) |
| BRIAN DIPIPPA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

| | |
|---|---|
| **Hearing Type:** | Oral Argument |
| **Date:** | 10/25/2023 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | Shaun Sweeney |
| Counsel for Defendant | Michael DeRiso |
| Court Reporter | S. Siatkowski |
| Law Clerk | JB |
| Start Time | 10:05 a.m. |
| End Time | 10:57 a.m. |

**SUMMARY OF PROCEEDINGS:**

Defendant present.

Oral Argument held on Defendant's pending Motion for Pretrial Release (ECF 54).

Testimony from Special Agent Patrick McConachie, Kasen Keys, and Dustin Perri.

Defense Exhibit C (FBI Physical Surveillance Request) admitted (attached).

Various exhibits admitted at the 7/3/2023 detention hearing presented: Government Exhibits 15 ("Smoke Bomb Video"); 16 ("Smoke Bomb 2 and Barriers Video"); 17 ("Surveillance Video"); and 18 ("Surveillance Video 2").