FD-1054 (Rev. 08-17-12)                UNCLASSIFIED//FOUO             OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
## Physical Surveillance Request

**Title:** (U) Request for FISUR                                **Date:** 05/12/2023

**Approved By:** SSA Rachel Taylor Wolford
SUPV Frank Burja IV
ASAC Scott D. Argiro

**Drafted By:** MCCONACHIE PATRICK JOHN

**Case ID #:**
- 174A-PG-3750507 — (U) (U) University of Pittsburgh; Pittsburgh, Pennsylvania; Actual/Attempted Bombings and Explosive Violations
- 174A-PG-3750507-FISUR — (U) FISUR
- 266H-PG-3754612-FISUR — (U//FOUO) Repository for physical surveillance reports.
- 266H-PG-3754427-FISUR — (U//FOUO) Repository for physical surveillance reports.

**National Threat Band:** I
**Local Threat Band:** II

Is the subject of this request considered armed and dangerous or do the circumstances of the case involve a potentially dangerous environment (high-crime locations, known associates, etc.)? No

Does this Surveillance Request require TDY assistance from another division? No

**Request Type:** Ground Surveillance (SSG)

**Surveillance Start:** 05/15/2023           **End:** 05/18/2023

**Objectives:** Obtain photos/video of subject and/or associates, Identify residence/workplace/financial institutions/frequent locations, Identify associates/vehicles

**Subjects Surveilled:**

Brian Dipippa

UNCLASSIFIED//FOUO                                    Def
                                                      C

UNCLASSIFIED//FOUO

Title:  (U) Request for FISUR
Re:   174A-PG-3750507, 05/12/2023

    Objectives: Get Photographs/Video, Determine Daily Patterns, Obtain Photos of Residence/Vehicle
    Objective Details:
    (U) The main objective is to build probable cause to lead to a search warrant, and eventually an arrest warrant. Specifically, we need documentation of his use of vehicles and residences. At the time of the incident, he was believed to have been on a sport-type motorcycle.
    Surveillance Conscious?  No
    State Department Travel Notification?  No
    *Name and Biographical Information 1:*
      Diplomatic Status?  No
    *Name and Biographical Information 2:*
      Diplomatic Status?  No
    *Name and Biographical Information 3:*
      Diplomatic Status?  No
    *Name and Biographical Information 4:*
      Diplomatic Status?  No
    *Name and Biographical Information 5:*
      Diplomatic Status?  No
    *Name and Biographical Information 6:*
      Diplomatic Status?  No
    *Name and Biographical Information 7:*
      Diplomatic Status?  No
    *Name and Biographical Information 8:*
      Diplomatic Status?  No
    *Name and Biographical Information 9:*
      Diplomatic Status?  No
    *Name and Biographical Information 10:*
      Diplomatic Status?  No

Krystal Di Pippa
    Objectives: Determine Daily Patterns, Get Photographs/Video, Obtain Photos of Residence/Vehicle
    Objective Details:

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Request for FISUR
Re:   174A-PG-3750507, 05/12/2023

(U) Investigation to date reveals Krystal conspired with and assisted Brian in conducting potential federal violations in connection with the April 18th protest at the University of Pittsburgh.
Surveillance Conscious?  No
State Department Travel Notification?  No
*Name and Biographical Information 1:*
   Diplomatic Status?  No
*Name and Biographical Information 2:*
   Diplomatic Status?  No
*Name and Biographical Information 3:*
   Diplomatic Status?  No
*Name and Biographical Information 4:*
   Diplomatic Status?  No
*Name and Biographical Information 5:*
   Diplomatic Status?  No

**Background and Details:**  (U) On 18 April 2023, a protest was organized on the campus of the University of Pittsburgh in order for people to voice their displeasure with guest speaker Michael Knowles. During the protest, several people in the crowd began attempting to disrupt the event. An effigy of Knowles was burned, smoke bombs were thrown, and a "mortar" style firework was thrown at police officers. University of Pittsburgh Police Detectives were able to identify two suspects whom may have thrown one or more of the devices. They are known to law enforcement as Brian and Krystal DiPippa.

♦♦