IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

## **ORDER**

AND NOW on this _____ day of _____, 2024, it is hereby ORDERED, that the Defendant's Motion for Production of Exculpatory Evidence and Impeachment Evidence is GRANTED. The Government shall produce exculpatory and impeachment evidence to the Defendant within 14 days of the date of this Order.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA