IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

**ORDER**

AND NOW, this ___ day of _____, 2024, it is hereby ORDERED that the Defendant's Motion For Disclosure of F.R.E. 404(b) and 609 is GRANTED. IT IS FURTHER ORDERED that the Government produce evidence that it intends to use under Federal Rule of Evidence (404(b) and 609 ____ days prior to the trial of this matter.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA