IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion For Early Release Of Jencks Material, it is ORDERED that said Motion is GRANTED.  IT IS FURTHER ORDERED that all Jencks Material shall be produced to the Defendant on or by the ____ day of _____, 2024.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA