IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

ORDER

AND NOW, this ___ day of _____, 2024, upon consideration of Defendant Brian DiPippa's Motion For Discovery Pursuant to Federal Rule of Criminal Procedure 16, it is hereby ORDERED that the Motion is GRANTED.  It is FURTHER ORDERED that the United States of America shall produce the requested materials to counsel for the Defendant on or before the ___ day of _____, 2024.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA