IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion To Reveal Confidential Informants, IT IS ORDERED that said Motion is GRANTED. The Government shall reveal to counsel for the Defendant within 7 days of the date of this Order, the names of any confidential informant, the contact information for each and the information requested in numerals i-vii in said motion.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA