IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion To Suppress Evidence Pursuant To Federal Rule of Criminal Procedure 12(b)(3)(C) or in the Alternative to Return Property Pursuant to Rule 41(g) and for an Order Limiting the Search of Duplicated Data, it is hereby ORDERED that the Motion is GRANTED and all evidence derived from the search warrants is hereby SUPPRESSED.

_____
J. NICHOLAS RANJAN, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA