IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-CR-00146-NR-1 |
| | : | |
| v. | : | *Filed Electronically via ECF* |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

MOTION FOR ADDITIONAL DISCOVERY

Defendant, Brian Dipippa, by his attorney, Michael J. DeRiso and the DeRiso Law Group, respectfully moves this Honorable Court issue an Order directing the Government to provide Defendant with Additional Discovery relating to injuries sustained by alleged law enforcement victims.

(1) An Indictment was returned by the Grand Jury charging Brian Dipippa with, at Count 1, Conspiracy, an alleged violation of 18 U.S.C. 371; at Count 2, Obstruction of Law Enforcement During Civil Disorder, an alleged violation of 18 U.S.C. 2 and 231(a)(3); and, at Count 3, Use of Explosive to Commit Federal Felony, an alleged violation of 18 U.S.C. 844(h)(1).

(2) The government must allow a defendant to review any "books, papers, documents, data, photographs, tangible objects, buildings, or places" that are material to the defense, provided that the government intends to use that evidence in its case-in-chief Fed.R.Crim.P. 16(a)(1)(E).

(3) The Defendant makes the following specific discovery requests, related to injuries allegedly sustained by law enforcement victims.

(a) The employment file for the two victims as those files may pertain to any previous injury or injuries sustained on the job or otherwise;

(b)   As related to this incident, all medical records related to injuries sustained by the two identified victims related to this incident;

(c)   Any workers comp claims (paperwork, related forms, records or documents) submitted arising from this or for any other incident for which the victims made a claim;

(d)   Any insurance claim for injury sustained on the job for this or any other incident that would tend to establish the alleged injuries were not pre-existing conditions.

**WHEREFORE**, the Defendant, Brian Dipippa, respectfully requests this Honorable Court to enter an Order granting the production of additional discovery.

Respectfully submitted,

/s/ Michael J. DeRiso

_____
MICHAEL J. DeRISO, ESQUIRE
Pa. Supreme Court Id. No.:  76555
*Counsel to Defendant Brian Dipippa*

June ____, 2024

THE DERISO LAW GROUP
2100 Law & Finance Building
429 Fourth Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412.765.1100
Email:  derisio_esq2@msn.com

CERTIFICATE OF SERVICE

I, Michael J. DeRiso, hereby certify that on June ___, 2024, a copy of the foregoing was filed electronically with the Clerk of Courts for the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

/S/ *Michael J. DeRiso*

_____
MICHAEL J. DERISO, ESQUIRE

June ___, 2024

2100 Law & Finance Building
429 Fourth Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412.765.1100
Email: deriso_esq2@msn.com
*Counsel to Defendant Brian Dipipp*